UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-cr-00030-RLY-CMM |
| | ) | |
| JEFFREY CURRIE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Amended Report and Recommendation on USPO Petitions for Action on Conditions of Supervised Release. The parties were afforded due opportunity pursuant to statute and the rules of this court to file objection; none were filed. The court, having considered the Magistrate Judge's Amended Report and Recommendation, hereby ADOPTS the Magistrate Judge's Amended Report and Recommendation.

**SO ORDERED** this 18th day of June 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record